LUIS LI (State Bar No. 156081)
Luis.Li@wsgr.com
FRED A. ROWLEY, JR. (State Bar No. 192298)
Fred.Rowley@wsgr.com
MARK R. YOHALEM (State Bar No. 243596)
Mark.Yohalem@wsgr.com
MATTHEW K. DONOHUE (State Bar No. 302144)
mdonohue@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
953 East Third Street, Suite 100
Los Angeles, California 90013-1955
Telephone: (323) 210-2900

ERIC P. TUTTLE (State Bar No. 248440)
Eric.Tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104-7036
Telephone: (206) 883-2500

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NORTON SIMON MUSEUM OF ART AT PASADENA, a California nonprofit public benefit corporation; NORTON SIMON ART FOUNDATION, a California nonprofit public benefit corporation; THE NORTON SIMON FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JEWISH FEDERATION-COUNCIL OF GREATER LOS ANGELES, a California nonprofit public benefit corporation; and DANIEL TODD GRYCZMAN, an individual,<br><br>Defendants. | Case No. 2:26-cv-11995<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 83-1.4, Plaintiffs Norton Simon Museum of Art at Pasadena, Norton Simon Art Foundation, and The Norton Simon Foundation (the "Plaintiffs") hereby give notice that, before this action was filed, Defendants Jewish Federation-Council of Greater Los Angeles and Daniel Todd Gryczman (the "Defendants") filed an action in the Superior Court of California, in and for the County of Los Angeles (the "State Action"), against Plaintiffs that involves a material part of the subject matter of the present case.

Plaintiffs specifically provide notice of the following:

1. The State Action, captioned *Jewish Federation-Council of Greater Los Angeles v. Norton Simon Museum of Art at Pasadena*, Case No. 26STCV29134, was filed on September 14, 2026 in the Superior Court of California, in and for the County of Los Angeles. The State Action is an action to recover the paintings *Adam* and *Eve* by Lucas Cranach the Elder (the "Cranachs"), which are currently owned and displayed by Plaintiffs. In substance, the State Action seeks to nullify this Court's judgment in *von Saher v. Norton Simon Museum of Art at Pasadena*, which declared that Plaintiffs hold complete title to the Cranachs. No. 2:07-cv-2866-JFW-SS, 2016 WL 7626153, at *8 (C.D. Cal. Aug. 9, 2016), *aff'd*, 897 F.3d 1141 (9th Cir. 2018). The present action for injunctive relief under the All Writs Act, 28 U.S.C. §1651, seeks to prevent this nullification by enjoining Defendants from relitigating ownership of the Cranachs.[1]

2. The parties to the State Action are Plaintiffs Jewish Federation-Council of Greater Los Angeles and Daniel Todd Gryczman, and Defendants Norton Simon Art Museum, Norton Simon Art Foundation, The Norton Simon Foundation, and Does 1–9, inclusive.

[1] Plaintiffs intend to remove the State Action to federal court, and to indicate that the removed action is related to this case and to the prior *von Saher* cases.

3. The names, addresses, and telephone numbers of the attorneys in the other proceedings are as follows:

**Counsel for Plaintiffs Jewish Federation-Council of Greater Los Angeles and Daniel Todd Gryczman:**

E. Alex Beroukhim (State Bar No. 220722)
alex.beroukhim@arnoldporter.com
Leah Motzkin (State Bar No. 352327)
leah.motzkin@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Baruch Weiss
baruch.weiss@arnoldporter.com
Dana Kagan McGinley (State Bar No. 323842)
dana.kaganmcginley@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5000

Leora Einleger
leora.einleger@arnoldporter.com
Seth Snyder
seth.snyder@arnoldporter.com

ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

**Counsel for Defendants Norton Simon Art Museum, Norton Simon Art Foundation, and The Norton Simon Foundation:**

Luis Li (State Bar No. 156081)
Luis.Li@wsgr.com
Fred A. Rowley, Jr. (State Bar No. 192298)
Fred.Rowley@wsgr.com
Mark R. Yohalem (State Bar No. 243596)
Mark.Yohalem@wsgr.com
Matthew K. Donohue (State Bar No. 302144)
mdonohue@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
953 East Third Street, Suite 100
Los Angeles, California 90013-1955
Telephone: (323) 210-2900

Eric P. Tuttle (State Bar No. 248440)
Eric.Tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500

DATED: October 14, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Luis Li*
LUIS LI

Attorney for Plaintiffs