LUIS LI (State Bar No. 156081)
Luis.Li@wsgr.com
FRED A. ROWLEY, JR. (State Bar No. 192298)
Fred.Rowley@wsgr.com
MARK R. YOHALEM (State Bar No. 243596)
Mark.Yohalem@wsgr.com
MATTHEW K. DONOHUE (State Bar No. 302144)
mdonohue@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
953 East Third Street, Suite 100
Los Angeles, California 90013-1955
Telephone: (323) 210-2900

ERIC P. TUTTLE (State Bar No. 248440)
Eric.Tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104-7036
Telephone: (206) 883-2500

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

NORTON SIMON MUSEUM OF ART AT PASADENA, a California nonprofit public benefit corporation; NORTON SIMON ART FOUNDATION, a California nonprofit public benefit corporation; THE NORTON SIMON FOUNDATION, a California nonprofit public benefit corporation,

Plaintiffs,

v.

JEWISH FEDERATION-COUNCIL OF GREATER LOS ANGELES, a California nonprofit public benefit corporation; and DANIEL TODD GRYCZMAN, an individual,

Defendants.

Case No. 2:26-cv-11995

**PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTION TO NOTICE OF RELATED CASES**

Judge: Unassigned

Plaintiffs offer this response solely to address Defendants' unexpected and incorrect contention that "Relatedness Does Not Apply to Closed Cases." *See* Defendants' Objection to Plaintiffs' Notice of Related Cases (the "Objection"), ECF No. 12, at 4.[1] "[N]othing in the applicable Local Rule prohibits the filing of a notice of related case with respect to a closed case." *Sharpe v. GT's Living Foods, LLC*, 2024 WL 4101910, at *4 (C.D. Cal. June 21, 2024).

To the contrary, the Local Rules and relevant General Order expressly contemplate that notices of related cases can and should be filed as to previously dismissed actions. *See* Civ. L.R. 83-1.2.2 (parties obligated to notify court "by the filing of a Notice of Related Case(s)" when "an action is dismissed … and thereafter the same or essentially the same claims, involving the same or essentially the same parties, are alleged in another action"); General Order No. 26-11 at II.I (C.D. Cal. June 29, 2026) (similar); *see also Mavrix Photo, Inc. v. Rant Media Network, LLC*, 2020 WL 8028098, at *1 n.2 (C.D. Cal. Nov. 2, 2020) (admonishing plaintiffs for failing to notify the court of two related cases which were previously dismissed).

Defendants predicate their reading of the Local Rules entirely on a 2014 simplifying amendment to Local Rule 83-1.3.1. The pre-2014 version of the rule referred to "any action previously filed or currently pending"; the current Rule instead refers to "two or more civil cases filed in this District."[2] *See* Objection at 1, 4. But the actual revisions to Local Rule 83-1.3.1 consisted of an overall rewording of that paragraph. It was not, as Defendants insist, a targeted "deletion," Objection at 4, of

---

[1] Plaintiffs will file a substantially identical response in *Jewish Federation-Council of Greater Los Angeles v. Norton Simon Museum of Art at Pasadena*, No. 2:26-cv-12023, where Defendants have filed a similar objection.

[2] A redline of the 2014 amendments is available on this Court's public website at https://www.cacd.uscourts.gov/sites/default/files/documents/Redlined%20New%20and%20Amended%20Local%20Rules%20effective%2012-1-14.pdf.

the phrase "previously filed," any more than it was a targeted deletion of the phrase "currently pending."

Critically, the controlling language in this Court's General Order—most recently issued four months ago—still explicitly applies the relatedness criteria to any "previously filed civil case." General Order No. 26-11 at II.J.1.b (C.D. Cal. June 29, 2026). And this Court's Civil Cover Sheet Instructions—last revised in 2018—still instruct parties to list "any other case previously filed in this Court."[3]

The two prior *von Saher* cases are plainly cases "filed in this District," within the current language of Local Rule 83-1.3.1, and "previously filed civil case[s]" within the current language of the General Order. They therefore were properly listed on Plaintiffs' Notice of Related Cases.

DATED: October 22, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Luis Li
LUIS LI

Attorney for Plaintiffs

[3] The current Civil Cover Sheet Instructions are available from this Court's website at https://apps.cacd.uscourts.gov/cm-api/dwwwroot/CV-071A.pdf.