E. Alex Beroukhim (SBN 220722)
alex.beroukhim@arnoldporter.com
Leah Motzkin (SBN 352327)
leah.motzkin@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000 / Facsimile: (213) 243-4199

Baruch Weiss (*pro hac vice* forthcoming)
baruch.weiss@arnoldporter.com
Dana Kagan McGinley (SBN 323842)
dana.kaganmcginley@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5000 / Facsimile: (202) 942-5999
**[*ADDITIONAL COUNSEL ON NEXT PAGE*]**

Attorneys for Defendants JEWISH FEDERATION-COUNCIL OF GREATER LOS ANGELES and DANIEL TODD GRYCZMAN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

NORTON SIMON MUSEUM OF ART AT PASADENA, a California nonprofit public benefit corporation; et al.,

Plaintiffs,

v.

JEWISH FEDERATION-COUNCIL OF GREATER LOS ANGELES, a California nonprofit public benefit corporation; et al.,

Defendants.

Case No. 2:26-cv-11995

**DEFENDANTS' PARTIAL WITHDRAWAL OF OBJECTIONS TO PLAINTIFF'S NOTICE OF RELATED CASES**

[L.R. 83-1.3.3]

Judge: [None yet assigned.]

***CONTINUATION OF DEFENDANTS' COUNSEL FROM PREVIOUS PAGE:***

Leora Einleger (*pro hac vice* forthcoming)
leora.einleger@arnoldporter.com
Seth Snyder (*pro hac vice* forthcoming)
seth.snyder@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000 / Facsimile: (212) 836-8689

Defendants Jewish Federation-Council of Greater Los Angeles and Daniel Todd Gryczman (together, the "Federation") respectfully submit this partial withdrawal of the Federation's Objection to Plaintiffs Norton Simon Museum of Art at Pasadena, Norton Simon Art Foundation, and The Norton Simon Foundation's (together, the "Museum") Notice of Related Cases (Dkt. No. 12, the "Objection").

In its Objection, the Federation argued, in part, that Local Rule 83-1.3.1 does not require the filing of a Notice of Related Cases when the prior case has been closed. *See* Objection at § II.A. In light of cases cited by the Museum in its response, Dkt. No. 13,[1] and additional cases bearing on this issue which the Federation recently identified that arguably support the Museum's position,[2] the Federation respectfully withdraws, with apologies to the Court and opposing counsel, that portion of the Objection.

The Federation is not, however, retracting its other arguments.

First, it continues to maintain its argument that the Court should not allow the Museum to depart from the ordinary course of a preclusion defense, where such a defense is heard by a second judge in the new action. *See* Objection at § I.

---

[1] *See Sharpe v. GT's Living Foods, LLC*, 2024 WL 4101910, at *4 (C.D. Cal. June 21, 2024); *Mavrix Photo, Inc. v. Rant Media Network, LLC*, 2020 WL 8028098, at *1 n.2 (C.D. Cal. Nov. 2, 2020)

[2] *Garcia v. Aldi Inc.*, 2022 U.S. Dist. LEXIS 203608, at *2-3 (C.D. Cal. Nov. 7, 2022) (requiring a Notice of Related Cases where the prior action ended in an approved class settlement); *Karapetyan v. Allstate Northbrook Indem. Co.*, 2024 U.S. Dist. LEXIS 79775, at *3 (C.D. Cal. May 1, 2024) (requiring a Notice of Related Cases where final judgment was entered pursuant to stipulation in the prior action); *Garcia v. Gonzales*, 2023 U.S. Dist. LEXIS 2747, at *5-6 (C.D. Cal. Jan. 5, 2023) (finding that Notice of Related Cases was required where plaintiff filed a duplicative action after the prior action was dismissed for lack of jurisdiction); *Kohler v. Safi Foods, LLC*, 2012 U.S. Dist. LEXIS 124627, at *2 (C.D. Cal. Aug. 30, 2012) (citing *Kohler v. Southland Foods, Inc.*, Case No. EDCV 08-1785-VAP (RZx), 2010 U.S. Dist. LEXIS 150504, at *2 (C.D. Cal. Mar. 9, 2010)) (finding Notice of Related Cases was required under the pre-2014 version of L.R. 83-1.3.1 where prior action was disposed of on summary judgment).

Second, it continues to maintain its argument that the Court retains a great deal of discretion which it should exercise to find the cases unrelated, whether or not a Notice of Related Cases is required. *See* Objection at § II. Local Rule 83-1.3.1 is designed to make sure the Court has all the information it needs to determine relatedness, but it does not eliminate the Court's discretion to make such a finding even if the case has a properly filed notice.[3] The Federation also continues to maintain that the three criteria of Local Rule 83-1.3.1 for a Notice of Related Cases are not met. *See* Objection at § II.B-D.

For those reasons, the Federation withdraws its argument that Local Rule 83-1.3.1 precludes any Notice of Related Cases when the original case has been closed, but continues to argue that for other reasons the Notice of Related Cases was not required, and respectfully requests that the Court exercise its discretion to find that the cases are not related.

Dated: October 26, 2026

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ E. Alex Beroukhim*

E. Alex Beroukhim (SBN 220722)
alex.beroukhim@arnoldporter.com
Leah Motzkin (SBN 352327)
leah.motzkin@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844

---

[3] *See, e.g.*, *Garcia v. Aldi Inc.*, 2022 U.S. Dist. LEXIS 203608, at *3 (C.D. Cal. Nov. 7, 2022) ("Whether the two cases are in fact related . . . is to be resolved by the Court, not counsel."); *Karapetyan v. Allstate Northbrook Indem. Co.*, 2024 U.S. Dist. LEXIS 79775, at *2 (C.D. Cal. May 1, 2024) ("[T]he Court makes the final determination as to relatedness"); *see also* Order re Transfer Pursuant to General Order 08-05 (Related Cases), *Kohler v. Safi Foods, LLC*, 2:11-cv-09796-PA-OP (C.D. Cal. Sept. 5, 2012) (Dkt. No. 49) (declining to find cases related where judicial efficiency was lacking, even though a Notice of Related Cases was required).

Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Baruch Weiss (*pro hac vice* forthcoming)
baruch.weiss@arnoldporter.com
Dana Kagan McGinley (SBN 323842)
dana.kaganmcginley@arnoldporter.com
601 Massachusetts Avenue, NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Leora Einleger (*pro hac vice* forthcoming)
leora.einleger@arnoldporter.com
Seth Snyder (*pro hac vice* forthcoming)
seth.snyder@arnoldporter.com
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

Attorneys for Defendants
JEWISH FEDERATION-COUNCIL OF GREATER LOS ANGELES and DANIEL TODD GRYCZMAN